JAMES MALAGRINO v. STATE OF NEW JERSEY,
DEPARTMENT OF TRANSPORTATION.

December 21, 1978. Petition for certification is dismissed as having been improvidently granted.

DANIEL FRANK v. INDUSTRIAL PROCESS ENGINEERS.

December 21, 1978. Petition for certification is dismissed as having been improvidently granted.